**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

CARL SCHROETER GMBH & CO. KG, *as subrogor of Robinson Fresh*,

                              Plaintiff,

-against-

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

                             Defendant.

------------------------------------------ x

ORDER

20 Civ. 4637 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for November 4, 2020 at 9:30 am is canceled.

Dated: New York, New York
       October 29, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge